# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 139 WAL 2016
: 
Respondent : Petition for Allowance of Appeal from
: the Order of the Superior Court
: 
v. : 
: 
: 
: 
VALERIE MCDERMOTT, : 
: 
Petitioner : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.